1  MICHAEL O'BRESLY (SBN 166512)
   COLLIAU CARLUCCIO KEENER MORROW
2       PETERSON & PARSONS
   555 Mission Street Suite 330
3  San Francisco, CA 94105
   Phone: (415) 932-7000
4  Fax: (415) 932-7001
   E-Mail: michael.o'bresly@cna.com
5
   Attorneys for Plaintiff
6  NATIONAL FIRE INSURANCE COMPANY
   OF HARTFORD, an Illinois Corporation

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, an Illinois Corporation; and CLARENDON AMERICA INSURANCE COMPANY, a New Jersey Corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> WESTCHESTER FIRE INSURANCE COMPANY, a Pennsylvania Corporation; WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia Corporation, <br><br> Defendants. | CASE NO. 2:11-cv-00786 <br> Assigned to The Hon. Kimberly J. Mueller <br><br> **NOTICE OF SETTLEMENT; REQUEST FOR ORDER SETTING DEADLINE TO FILE DISPOSITIONAL PAPERS MORE THAN 21 DAYS HENCE** <br><br> **(Local Rule 160)** |

TO THE HONORABLE KIMBERLY J. MUELLER AND THE CLERK OF COURT:

Plaintiffs National Fire Insurance Company of Hartford and Clarendon America Insurance Company hereby provide notice that a settlement has been reached between the Parties.

Plaintiffs request that the Court vacate the currently scheduled Pre-Trial Conference and Trial.

The Parties have executed a formal Settlement Agreement which provides for delivery of certain consideration within 21 days, precedent to the dismissal of the action. Unfortunately, counsel for National Fire will be out of town due to pre-planned vacation during the week of February 18 (which is approximately when delivery is expected) and unavailable to execute and file a Stipulation for Dismissal.

To provide for an orderly and complete disposition of this dispute, National Fire respectfully requests that the Court set a deadline for filing dispositional papers <u>no sooner</u> than March 1, 2013.

DATED: January 31, 2013

Respectfully Submitted,

COLLIAU CARLUCCIO KEENER MORROW PETERSON & PARSONS

By: */s/ Michael P. O'Bresly*
_____
   MICHAEL P. O'BRESLY
   Attorneys for Plaintiff
   NATIONAL FIRE INSURANCE COMPANY
   OF HARTFORD, an Illinois Corporation

DATED: January 31, 2013

Respectfully Submitted,

HARDIMAN & CARROLL, LLP

By: */s/ Lauren O'Brien*

As authorized on 01-31-2013 under L. R. 131 (e)
_____
   MICHAEL F. HARDIMAN
   LAUREN O'BRIEN
   Attorneys for Plaintiff
   CLARENDON AMERICA INSURANCE COMPANY

## CERTIFICATE OF SERVICE

The undersigned hereby declares that the foregoing document was filed via the Court's electronic filing system which provides for e-mail notification of filing to all parties of record. All parties may access the document through the Court's system.

Dated: January 31, 2013            */s/ Michael P. O'Bresly*

                                                                   _____

                                                                   Michael P. O'Bresly